# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                  Case No.: 1:23−cr−00244
                                         Honorable Steven C. Seeger

Anthony Ellis

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2025:

      MINUTE entry before the Honorable Steven C. Seeger as to Anthony Ellis: Status hearing held on May 16, 2025. For the reasons stated in open court, the motion to suppress (Dckt. No. [65]) is hereby denied. A hearing on the motion to dismiss (Dckt. No. [19]) is set for June 2, 2025 at 10:00 a.m. Without objection, time is excluded in the interest of justice from May 16, 2025 to and including the next hearing pursuant to 18 U.S.C. § 3161(h)(7)(A) for reasons stated by the parties. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.